# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**301**
**CA 16-01437**
PRESENT: WHALEN, P.J., SMITH, CENTRA, CURRAN, AND SCUDDER, JJ.

---

DEBORAH O'REILLY-MORSHEAD, PLAINTIFF-RESPONDENT,

V                                                                    ORDER

CHRISTINE O'REILLY-MORSHEAD, DEFENDANT-APPELLANT.

---

THE LEGAL AID SOCIETY OF ROCHESTER, ROCHESTER (VIVIAN M. AQUILINA OF COUNSEL), FOR DEFENDANT-APPELLANT.

BADAIN & CROWDER, ROCHESTER (LARA R. BADAIN OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

---

Appeal from a decision of the Supreme Court, Monroe County (Richard A. Dollinger, A.J.), dated October 23, 2015. The decision, inter alia, determined that neither party is entitled to equitable distribution of certain assets acquired during a period of civil union and prior to marriage.

It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Kuhn v Kuhn*, 129 AD2d 967, 967; *see also* CPLR 5701 [a] [2] [iv]).

Entered:  February 27, 2017                          Frances E. Cafarell
                                                     Clerk of the Court